# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-03158-JRR |
| ) | |
| **MICHAEL W. TERRY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff Keller North America, Inc. and Defendant Michael W. Terry stipulate to the dismissal of this action with prejudice, with each party to bear his and its own attorneys' fees and costs.

DATED: November 10, 2025                    Respectfully submitted,

/s/ *Donald E. English, Jr.*                 /s/ *D. Jack Blum*
Donald E. English, Jr., Esq. (No. 27534)     D. Jack Blum (No. 07241)
**MORGAN, LEWIS & BOCKIUS, LLP**             POLSINELLI PC
1111 Pennsylvania Ave, NW                    1401 Eye Street, N.W., Suite 800
Washington, DC 20004                         Washington, D.C. 20005
Telephone: 202-739-3000                      Tel. 202-783-3300
Facsimile: 202-739-3001                      Fax. 202-783-3535
donald.english@morganlewis.com               Jack.blum@polsinelli.com
                                             *Counsel for Defendant*

Eleanor F. Miller (No. 30925)
J. Andres Roldan (No. 30921)
Jason K. Roberts (*pro hac vice*)
**FISHER & PHILLIPS LLP**
1401 New York Avenue, N.W., Suite 400
Washington, D.C. 20005
Telephone: 202-916-7189
Facsimile: 202-978-3788
emiller@fisherphillips.com
jroldan@fisherphillips.com
jroberts@fisherphillips.com
*Counsel for Plaintiff*